Michael F. Keddy, CSB No. 66395
Law Offices of Michael F. Keddy
3620 American River Drive, Suite 230
Sacramento, CA  95864
Tel:  (916) 974-8513 Fax:  (916) 974-8510

   -and-

Gregory P. O'Dea, CSB No. 110966
LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendant, Fidelity National Insurance Company

William J. Brown, III, CSB No. 86002
P.O. Box 231216
Encinitas, CA  92023-1216
Tel: (760) 672-0084 Fax: (760) 944-1488

Attorney for Plaintiff, Richard A. Pinn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| RICHARD A. PINN,<br><br>                    Plaintiff,<br>v.<br><br>FIDELITY NATIONAL INSURANCE COMPANY; and DOES 1 through 30, inclusive,<br><br>                    Defendants. | CASE NO.  2:13-cv-1820-TLN AC<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO CONTINUE THE DISCOVERY CUTOFF DATE FOR 90 DAYS |

**ALL PARTIES**, by and through their respective counsel, hereby stipulate and request that the Court order a modification of the current Pretrial Scheduling Order to continue the discovery cutoff date for an additional 90 days.

Although the parties have proceeded diligently to conduct discovery in this matter, there remain several depositions that have not been able to be taken due to difficulty locating witnesses, the availability of witnesses, and scheduling conflicts.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By this request, the parties seek only to continue the discovery cutoff date and do not request that any other deadline in this case be continued, including the deadline for disclosure of expert witnesses, the deadline for the hearing of dispositive motions, the pretrial conference, or the trial itself. No prior request has been made for continuance in this matter.

Therefore, the parties agree and stipulate, and request that the Court approve a modification of the Scheduling Order to allow discovery to continue for an additional 90 days, or until December 30, 2014.

Respectfully submitted,

Dated:  September 23, 2014

*/s/ William J. Brown, III*
_____
WILLIAM J. BROWN, III
Attorney for Plaintiff
RICHARD A. PINN

Dated:  September 23, 2014        LONGYEAR, O'DEA & LAVRA, LLP

*/s/ Gregory P. O'Dea*
By:_____
     GREGORY P. O'DEA
     Attorneys for Defendant,
     FIDELITY NATIONAL INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED:

The discovery cutoff is continued to December 30, 2014.

Dated: September 24, 2014

_____
Troy L. Nunley
United States District Judge